UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-HC-2015-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JOSE DE LA LUZ PEREZ, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's 10 February 2011 *pro se* "Petition for Preventive Injunction" (DE # 3). Because respondent is represented by counsel, the motion is DENIED WITHOUT PREJUDICE, subject to being refiled by counsel as necessary.

This 10 August 2011.

　　　　　　　　　　　　　　　　　　　　　　
W. Earl Britt
Senior U.S. District Judge